**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

UNITED STATES OF AMERICA,
*ex rel.* VERITY INVESTIGATIONS, LLC,

*Plaintiff/Relator*,

v.

ILPEA INDUSTRIES, INC.,

*Defendant.*

Case No. 4:26-cv-00047-TWP-KMB

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Relator Verity Investigations, LLC ("Verity") respectfully submits this Notice of Supplemental Authority to inform the Court of the Eastern District of California's decision in *United States of America, ex rel. Verity Investigations, LLC v. E&B Natural Resources Management Corporation,* Case No. 1:24-cv-00928-CDB (E.D. Cal. Sept. 25, 2006) ("*E&B*"). A copy of *E&B* is attached hereto as Exhibit A. The court's reasoning supports two of the arguments made by Verity in its Opposition (ECF No. 41, filed September 14, 2026) to Defendant's Motion to Dismiss (ECF 30).

***Corporate websites are not "news media."*** In *E&B*, the Eastern District of California applied the "news media" channel of the public disclosure bar, 31 U.S.C. § 3730(e)(4)(A)(iii), and concluded that a company's corporate website that "publishes information" about the company's "own business operations and corporate structure" does not constitute "news media." *E&B* at 13-14. *E&B* noted that the website in question "do[es] not appear as a source which members of the public would reasonably describe as 'news media' in everyday speech," "does not appear to operate as a traditional news outlet or exercise any curating or editorial function, and the content is not of the kind typically deemed newsworthy." *Id.* (citing *United States ex rel. Relator, LLC v.*

*Erskine*, 182 F.4th 785, 794-95 (9th Cir. 2026)). This directly supports Verity's argument that the ILPEA Group's Sustainability Report does not qualify as "news media," ECF 41, at 15-19, and that the Consolidated Financial Statement of Industrie ILPEA SpA does not qualify as "news media," *id.* at 22-23.

***Scattered information in public channels is not "substantially the same as" Verity's allegation of fraud.*** The Eastern District of California also applied another limitation of the public disclosure bar, namely, the requirement that the information in the enumerated channels must be "substantially the same as" the relator's allegation of fraud. Ex. A, at 14-17 (applying 31 U.S.C. § 3730(e)(4)(A)). Verity makes a similar argument here. *See* ECF 41, at 23-25. The *E&B* court agreed with Verity:

> [T]he qualifying public disclosures here are insufficient to establish facts from which fraud can be reasonably inferred that E&B lied to the SBA when it stated that it and certain of its affiliates had just 257 employees. *See* [*Silbersher v. Valeant Pharm. Int'l, Inc.,* 89 F.4th 1154 at 1168 (9th Cir. 2024)] ("The scattered disclosures when viewed together possibly reveal some of these true and misrepresented facts, but nothing in combination from which fraud can reasonably be inferred.").

*Id.* at 16-17. This supports Verity's argument, here: "No one who read" just one of Verity's sources "would know or even suspect" that ILPEA had committed fraud. ECF 41, at 25 (quoting *U.S. ex rel. Goldberg v. Rush Univ. Med. Ctr.*, 680 F.3d 933, 935-36 (7th Cir. 2012)). Therefore, Verity's action against ILPEA is not "substantially the same as" the information found in the enumerated channels.

Verity respectfully requests that the Court consider *E&B* in ruling on ILPEA's Motion to Dismiss.

Dated: October 6, 2026

Respectfully submitted,

*/s/ Steven M. Shepard*
Steven M. Shepard (*pro hac vice*)

Caroline Pignatelli (*pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Email: sshepard@susmangodfrey.com
cpignatelli@susmangodfrey.com

Meredith R. Harrison (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 650-4339
Email: mharrison@susmangodfrey.com

Jospeh A. Bilby
BILBY LAW PLLC
106 Progress Drive
Frankfort, KY 40601
Telephone: (502) 409-1778
Email: joe@bilbylaw.com

*Attorneys for Plaintiff/Relator Verity Investigations, LLC*